# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**
JUL 29 2008
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By: _____
Deputy Clerk

IN THE MATTER OF ) G.O. 08-02
COURTHOUSE SECURITY )

IT IS HEREBY ORDERED that all persons, packages, parcels, and containers entering this facility shall be subject to security procedures determined by the United States Marshal. To maintain the security of this facility and prisoners in transit therein, each person is required to comply with all direct and lawful orders of Court Security Officers.

DATED this 29th day of July 2008, at Muskogee, Oklahoma.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma