UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF OKLAHOMA

FILED
NOV - 4 2008
WILLIAM B. GUTHRIE
By: Clerk, U.S. District Court
Deputy Clerk

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | G.O. 08-03 |
| CLOSING OF COURT ) | |

## GENERAL ORDER

**IT IS HEREBY ORDERED** that the United States District Court for the Eastern District of Oklahoma shall be closed for business on the following dates:

**Friday, November 28, 2008**

**Friday, December 26, 2008**

**Friday, January 2, 2009**

**IT IS SO ORDERED** this 4th day of November 2008.

JAMES H. PAYNE, Chief Judge